IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION

| | |
|---|---|
| BURT SHEARER TRUSTEE, as trustee of the SHEARER FAMILY LIVING TRUST, on behalf of Nominal Defendant, NATIONAL HEALTH INVESTORS, INC., <br><br>　　　Plaintiff,<br><br>v.<br><br>W. ANDREW ADAMS, et al.<br><br>　　　Defendants; and<br><br>NATIONAL HEALTH INVESTORS, INC.,<br><br>　　　Nominal Defendant. | Case No. 3:09-cv-991<br>JUDGE HAYNES |

## O R D E R

In accordance with the Memorandum filed herewith, Defendants' motions to dismiss (Docket Entry Nos. 27 and 29) are **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 21st day of September, 2010.

　　　　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

1